FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

FEB 14 2025

MITCHELL R. ELFERS
CLERK OF COURT

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JOHN DOE, a.k.a. "Walter Lee Coffman" | ) | Case No. 25-216 MJ |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 4, 2019__ in the county of __Otero__ in the
District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1544 | Passport Fraud: Misuse of a Passport |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Lacey Chesser, Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence. VIA PHONE

Date: 2/14/25

_____
Judge's signature

Gregory J. Fouratt, U.S. Magistrate Judge
Printed name and title

City and state: Las Cruces, NM

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lacey Chesser, being duly sworn, hereby depose and state as follows:

I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since October 2023. Prior to becoming a Special Agent, I was a Police Officer in Charleston, South Carolina for five years. During my time as a Police Officer, I worked in investigations for three years, which included the Special Victims unit and the Homicide Unit. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including violations of Title 18 of the United States Code. My experience as a Special Agent includes but is not limited to: conducting physical surveillance; interviewing witnesses; writing affidavits for and executing search warrants; working with undercover agents and informants; issuing administrative and federal grand jury subpoenas; and analyzing financial records, telephone records, and data derived from the use of pen registers and trap and traces; and assisting in wiretap investigations.

This affidavit is submitted in support of an application for criminal complaint charging John Doe a.k.a. Walter Lee Coffman, with Passport Fraud by Misusing a Passport in violation of 18 U.S.C. 1544.

The facts in this affidavit are based on my own knowledge; knowledge obtained from other individuals during my participation in this investigation, including other FBI SAs, law enforcement officers, and witnesses; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish the requisite probable cause.

## PROBABLE CAUSE

On or about September 4, 2019, an individual identified as John Doe visited the New Mexico Motor Vehicle Department (MVD) in Cloudcroft, New Mexico, located in Otero County. During this visit, John Doe fraudulently represented himself to be, Walter Lee Coffman, by presenting a series of fraudulent documents. Specially, John Doe submitted a previously issued New Mexico driver's license that featured his photograph but listed the name, "Walter L Coffman." The license displayed a birth date from ▓, and an address  of 1014 NM HWY 24, Weed, New Mexico. The driver's license indicated an issuance date of September 13, 2011, and an expiration date of October 21, 2019. In addition, John Doe provided a Social Security card bearing the number of xxx-xxx-▓ The card listed the name  "Walter Lee Coffman," a signature and an address of 4521 Eufaula Ave Muskogee, Oklahoma.

John Doe further submitted a current passport that included his photograph but identified him as "Walter Lee Coffman," and indicated a specific date of birth in ▇. The passport showed an



issuance date of August 17, 2015. Finally, John Doe presented an insurance letter with the name Walter L Coffman and an address of 1014 NM Highway 24 in Weed, New Mexico, matching the address on the driver's license. These documents were scanned into the MVD records system on September 4, 2019.[1] A renewed New Mexico license was subsequently issued to John Doe as a result of this application.

In 2024, federal agents initiated an investigation into John Doe after discovering that Walter Lee Coffman, born in ▇ on the same day and month as stated by John Doe, and assigned



social security number xxx-xxx-▇ had been deceased since 1975. Arkansas Bureau of Vital Records verified that Coffman was born in ▇ and died on July 27, 1975, at the age of 22. The investigation further established that Walter Lee Coffman is buried in Hot Springs, Arkansas, as agents were able to obtain a photograph of his gravestone. An obituary published in *The Sentinel-Record* on July 29, 1975, detailed Walter Lee Coffman's death, provided information about his parents, and included a photograph of Coffman.

---

[1] Agents only recently received certified copies of these documents through a subpoena return from the MVD in January of 2025.

Additionally, agents confirmed Coffman's death through a death certificate from the Arkansas Bureau of Vital Records, which matched the details John Doe had provided to the MVD, including Coffman's birth month, date, and year, as well as his social security number.

The investigation revealed that in June of 1968, at age 15, Walter Lee Coffman applied for a Social Security Number (SSN) through the Social Security Administration in Hot Spring, Arkansas. He was assigned SSN xxx-xx-■■■■ Despite a public obituary, agents determined that Walter Lee Coffman's death was never reported to the Social Security Administration, leaving his social security number active.

Agents assert that on October 10, 1995, John Doe applied for and received a replacement Social Security Card in Coffman's name- 20 years after Coffman's death. As part of the application process, John Doe provided an address in Muskogee, Oklahoma. Accurint reports, indicate that John Doe lived in Muskogee, Oklahoma, using Coffman's identity, until approximately 2003. At that time, John Doe relocated to Weed, New Mexico. Agents believe that John Doe fraudulently used this replacement Social Security card when renewing his driver's license in New Mexico in 2019.



Coffman's 1995 Replacement SS Card Application

The investigation revealed that John Doe applied for a passport under the name of Walter Lee Coffman at the New Orleans Passport Agency in October of 1984. The Passport was subsequently issued to John Doe on November 6, 1984. As part of the application process, John Doe submitted a photograph of himself and listed his Muskogee, Oklahoma address.

Ten years later, in 1994, John Doe renewed the Passport under Coffman's name once again providing a photograph of himself.



Coffman's 1984 Passport Application



Coffman's 1994 Passport Photo

John Doe continued to renew the fraudulent passport under Walter Lee Coffman's name on two additional occasions: in 2005 and most recently by mail in 2015. For each renewal, John Doe submitted an updated photograph of himself and used his current address in Weed, New Mexico.



Coffman's 2005 Passport application    Coffman's 2015 Passport application

Agents assert that John Doe used the fraudulent 2015 Passport card when renewing his driver's license in New Mexico in 2019.

## REQUEST FOR SEALING

I also respectfully request that this Affidavit be sealed until further order of the Court, as it contains the victim's personal identifying information.

## PROBABLE CAUSE

Based on the above reference information, your affiant respectfully submits that there is probable cause to believe that John Doe knowingly and willfully misused a passport in violation of Title 18, United States Code, Section 1544.

Dated: 2/14/2025

Lacey Chesser
FBI Special Agent

Signed and sworn this 14th day of February 2025.

GREGORY J. FOURATT
United States Magistrate Judge