AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**STEPHEN CRAIG CAMPBELL,**<br>a.k.a. John Doe, a.k.a. Walter Lee Coffman<br><br>Defendant(s) | )<br>)<br>)   Case No. 25-216 MJ<br>)<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 4, 2019__ in the county of __Otero__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1544 | Passport Fraud: Misuse of a Passport |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Lacey Chesser, Federal Bureau of Investigation
Printed name and title

Sworn to before me and signed in my presence.

Date: 20 Feb 2025

_____
Judge's signature

City and state: Las Cruces, NM

Damian L. Martinez, U.S. Magistrate Judge
Printed name and title

## AMENDED AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lacey Chesser, being duly sworn, hereby depose and state as follows:

I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since October 2023. Prior to becoming a Special Agent, I was a Police Officer in Charleston, South Carolina for five years. During my time as a Police Officer, I worked in investigations for three years, which included the Special Victims unit and the Homicide Unit. I am classified, trained, and employed as a federal law enforcement officer with statutory arrest authority charged with conducting criminal investigations of alleged violations of federal criminal statutes, including violations of Title 18 of the United States Code. My experience as a Special Agent includes but is not limited to: conducting physical surveillance; interviewing witnesses; writing affidavits for and executing search warrants; working with undercover agents and informants; issuing administrative and federal grand jury subpoenas; and analyzing financial records, telephone records, and data derived from the use of pen registers and trap and traces; and assisting in wiretap investigations.

This affidavit is submitted in support of an application for criminal complaint charging Stephen Craig Campbell, a.k.a. John Doe a.k.a. Walter Lee Coffman, with Passport Fraud by Misusing a Passport in violation of 18 U.S.C. 1544.

The facts in this affidavit are based on my own knowledge; knowledge obtained from other individuals during my participation in this investigation, including other FBI SAs, law enforcement officers, and witnesses; communications with others who have knowledge of the events and circumstances described herein; and information gained through my training and experience.

Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure an amended criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish the requisite probable cause.

## PROBABLE CAUSE

On or about September 4, 2019, John Doe a.k.a. Walter Lee Coffman, later identified as Stephen Craig Campbell ("Campbell") visited the New Mexico Motor Vehicle Department (MVD) in Cloudcroft, New Mexico, located in Otero County. During this visit, Campbell fraudulently represented himself to be, Walter Lee Coffman, by presenting a series of fraudulent documents. Specifically, Campbell submitted a previously issued New Mexico driver's license that  featured his photograph but listed the name, "Walter L Coffman." The license displayed Walter Lee Coffman's birthdate, and an address of 1014 NM HWY 24, Weed, New Mexico. The driver's license indicated an issuance date of September 13, 2011,  and an expiration date of October 21, 2019. In addition, Campbell provided a Social Security card bearing Walter Lee Coffman's social security number. The card listed the name "Walter Lee Coffman," a signature and an address of 4521 Eufaula Ave Muskogee, Oklahoma.

 Campbell further submitted a current passport that included his photograph but identified him as "Walter Lee Coffman," and indicated Walter Lee Coffman's birthdate. The passport showed an issuance date of August 17, 2015. Finally, Campbell presented an insurance letter with the name

Walter L Coffman and an address of 1014 NM Highway 24 in Weed, New Mexico, matching the address on the driver's license. These documents were scanned into the MVD records system on September 4, 2019.[1] A renewed New Mexico license was subsequently issued to Campbell as a result of this application.

During this investigation, agents learned that Walter Lee Coffman has been deceased since 1975 and that his identity was being fraudulently used for over several decades. Arkansas Bureau of Vital Records verified that Coffman died on July 27, 1975, at the age of 22. The investigation further established that Walter Lee Coffman is buried in Hot Springs, Arkansas, as agents were able to obtain a photograph of his gravestone. An obituary published in *The Sentinel-Record* on July 29, 1975, detailed Walter Lee Coffman's death, provided information about his parents, and included a photograph of Coffman. Additionally, agents confirmed Coffman's death through a



death certificate from the Arkansas Bureau of Vital Records, which matched the details Campbell had provided to the MVD, including Coffman's birth month, date, and year, as well as his social security number.

The investigation revealed that in June of 1968, at age 15, Walter Lee Coffman applied for a Social Security

---

[1] Agents only recently received certified copies of these documents through a subpoena return from the MVD in January of 2025.

Number (SSN) through the Social Security Administration in Hot Spring, Arkansas. This social security number matched the number utilized by Campbell in his fraudulent documents.



Coffman's 1995 Replacement SS Card Application

Agents assert that on October 10, 1995, Campbell made a request for a replacement Social Security Card in Coffman's name, 20 years after Coffman's death. As part of the application process, Campbell provided a Muskogee, Oklahoma address. Accurint reports, indicate that Campbell lived in Muskogee, Oklahoma, using Coffman's identity, until approximately 2003.

At that time, Campbell relocated to Weed, New Mexico. Agents believe that Campbell fraudulently used this replacement Social Security card when renewing his driver's license in New Mexico in 2019. The investigation revealed that Campbell applied for a passport under the name of Walter Lee Coffman at the New Orleans Passport Agency in October of 1984.

The Passport was subsequently issued to Campbell on November 6, 1984. As part of the application process, Campbell submitted a photograph of himself and listed his Muskogee, Oklahoma address.



Coffman's 1984 Passport Application

Ten years later, in 1994, Campbell renewed the Passport under Coffman's name once again providing a photograph of himself.

Campbell continued to renew the fraudulent passport under Walter Lee Coffman's name on two additional occasions: in 2005 and most recently by mail in 2015. For each renewal, Campbell submitted an updated photograph of himself and used his current address in Weed, New Mexico. Agents assert that Campbell used the fraudulent 2015 Passport card when renewing his driver's license in New Mexico in 2019.



Coffman's 2005 Passport application

Coffman's 2015 Passport application

## IDENTIFICATION OF CAMPBELL

On or about February 14, 2025, the Honorable Gregory Fouratt authorized an arrest warrant and fingerprint warrant for "John Doe a.k.a. Walter Lee Coffman" living at 1014 NM HWY 24, Weed, New Mexico, 88354. The warrants were based on probable cause that" John Doe a.k.a. Walter Lee Coffman" had misused a passport in violation of 18 U.S.C. 1544.

On February 19, 2025, agents located and arrested "John Doe a.k.a. Walter Lee Coffman" and subsequently fingerprinted him. As a result of running the fingerprints through a law enforcement database, John Doe a.k.a. Walter Lee Coffman was positively identified as Stephen Craig Campbell, a wanted fugitive pending attempted murder charges out of Wyoming.

This Affiant is aware that in 1982, Campbell was arrested by the Rock Springs Police Department in Wyoming for Attempted Murder. Campbell was alleged to have created an explosive device that he maliciously planted at his estranged wife's boyfriend's residence. Campbell's wife opened the device, which subsequently exploded, causing severe injury to her and causing her condominium and her neighbor's condominium to be completely engulfed in flames. In 1983, Campbell was released on bond and subsequently absconded from law enforcement. On April 25, 1983, a state warrant was issued for Campbell for Failure to Appear for 1st Degree Attempted Murder.



Affiant asserts that the Wyoming warrant is still active in NCIC and that Affiant has had recent contact with authorities in Wyoming who have indicated that they are willing to extradite Campbell on the warrant

Based on the above reference information, your affiant respectfully submits that there is probable cause to believe that Campbell knowingly and willfully misused a passport in violation of Title 18, United States Code, Section 1544.

Dated: 2/20/25

Respectfully submitted,

Lacey Chesser
FBI Special Agent

Signed and sworn this 20 day of February 2025

Honorable Damian L. Martinez
United States Magistrate Judge