# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-216 MJ** | Date: | **2/26/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **STEPHEN CRAIG CAMPBELL** | **DAVID BENATAR** | ☒ | ☐ |
| Assistant U.S. Attorney: **CLARA COBOS** | Interpreter: **N/A** | | |
| Pretrial Services: **SISSY RICHARDSON** | Court in Session: **9:22-9:28 A.M. /10:46-10:51 A.M. (11 MIN)** | | |

| | |
|---|---|
| ☒ | Court advises Defendant of possible penalties and all constitutional rights |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☒ | Defendant detained as a Flight Risk |
| ☒ | Other: **AS TO DETENTION: MR. BENATAR REQUESTS A CONTINUANCE TO REVIEW THE GOVERNMENT'S BRIEF (FILED YESTERDAY AFTERNOON); AUSA COBOS DOES NOT OPPOSE PUTTING OFF THE HEARING TO THE END OF THE DOCKET, BUT REQUESTS DETENTION HEARING BE HELD TODAY.** <br> **COURT RULING – COURT WILL CONTINUE HEARING TO THE END OF THE DOCKET TO ALLOW DEFENSE COUNSEL AND DEFENDANT TO REVIEW BRIEF; IF ADDITIONAL TIME/CONTINUANCE IS REQUESTED, COURT WILL HEAR ARGUMENT FROM DEFENSE COUNSEL REGARDING THE SAME.** <br> **10:46 A.M. – CASE RECALLED.** <br> **DEFENSE COUNSEL HAS NOTHING TO OFFER REGARDING RELEASE.** <br> **COURT RULING – COURT FINDS DEFENDANT TO BE A RISK OF NON-APPEARANCE AND DETAINS DEFENDANT PENDING TRIAL; ORDER TO BE FILED.** <br> **AUSA COBOS ADDRESSES COURT REGARDING RULING AND ARGUES DEFENDANT IS A DANGER TO THE COMMUNITY AS WELL. COURT MAINTAINS RULING THAT DEFENDANT IS A FLIGHT RISK, AND WILL MAKE NOT MAKE A FINDING REGARDING DANGER. DEFENSE COUNSEL ADDRESSES COURT REGARDING DEFENDANT'S MEDICAL NEEDS; COURT INSTRUCTS U.S. MARSHAL SERVICE TO FOLLOW UP ON THE MATTER, BUT ADVISES DEFENDANT TO FOLLOW THE DETENTION CENTER'S INSTRUCTIONS REGARDING CARE.** |